FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIUS CZUDAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IDSCAN.NET, INC., a foreign corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 2:26-cv-01087-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have up to and including August 14, 2026, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). This is the first request for an extension of this deadline. The undersigned defense counsel has recently become involved in this matter and additional time is needed to review the facts of this





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

case, and counsel also has deadlines and obligations in other matters.

THE BOURASSA LAW GROUP

By: /s/ Mark J. Bourassa, Esq.
Mark J. Bourassa, Esq.
2350 W. Charleston Blvd.
Las Vegas, Nevada 89102
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.
Scott M. Mahoney, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorney for Defendant

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

Dated: July 29, 2026

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101